2020R00089/SEZ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 20-596 (**SDW**) |
| v. | : | 18 U.S.C. § 751(a) |
| HASIB SAMPLE | : | |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
(Escape)

On or about January 9, 2020, in the District of New Jersey and elsewhere, the defendant,

**HASIB SAMPLE,**

did knowingly and willfully escape, as that term is defined in Title 18, United States Code, Section 4082(a), from the custody of Toler House, an institutional facility in which he was lawfully confined at the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Southern District of New York upon conviction for being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

FOREPERSO[N]

_____
CRAIG CARPENITO
United States Attorney

CASE NUMBER:  20-596

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**HASIB SAMPLE**

## INDICTMENT FOR

18 U.S.C. § 751(a)

**A True Bill,**



**Foreperson**

CRAIG
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

STACEY E. ZYRIEK
SPECIAL ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-297-2089